LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

---

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

November 11, 2019

Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   U.S. v. Angela Myers, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I represent Ms. Angela Myers pursuant to the Criminal Justice Act. Ms. Myers was arraigned on the instant indictment on November 7, 2019 and an initial conference has been set for November 15, 2019

    I write to respectfully request that my colleague, attorney Lisa Scolari, who represents one of Ms. Myers' co-defendants, stand in for me at the upcoming conference as I will be out of the State of New York on November 15th. I have discussed the matter with Ms. Myers and she consents to having Ms. Scolari substitute for me on this one occasion. Thank you for your consideration.

Respectfully,
/s/
Natali Todd, Esq.

cc: All counsel (by ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 13, 2019

LAW OFFICES OF
## NATALI J.H. TODD, P.C.

*U.S. v. Fertides, et al., S1 18 Cr. 319 (LTS)*