LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

---

NATALI J.H. TODD                                                                                      26 COURT STREET
MEMBER: NY & MA BAR                                                                                   SUITE 413
                                                                                                      BROOKLYN, NY 11242-1134

---

Tel:  718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

July 23, 2020

By ECF
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 24, 2020

Re:    *U.S. v. Angela Myers*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      With the consent of the government and Pretrial Services Officer Lea Harmon, I write to respectfully request a modification of the terms and conditions of Ms. Myers' bail to permit her to permanently relocate with her family to the state of Florida.  She will continue to adhere to all other conditions of her release.

      Due to the COVID-19 pandemic, Ms. Myers' family, including her five children, will need a new residence and she has up until August 1, 2020 to find a new home.  She and her family will travel by car to Florida on August 2, 2020.  With the Court's permission, she and her family will reside with her father in Florida (the new address has been provided to the government and Pretrial). Should the Court grant this request, Ms. Myers will continue to attend all future scheduled court conferences in this district and will continue to adhere to all of the safety precautions related to COVID-19.  The government and U.S. Pretrial Officer Lea Harmon have been made aware of Ms. Myers' relocation plans and both consent.

      Thank you for your consideration to this request.

Respectfully,

/s/  *N. Todd*
Natali Todd, Esq.
Attorney for Angela Myers