## LAW OFFICES OF
## NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

September 23, 2020

By ECF
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
>
> Dated: September 24, 2020

Re:   U.S. v. Angela Myers, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      With the consent of Pretrial Services Officer Lea Harmon, I write to respectfully request a modification of the terms and conditions of Ms. Myers' bail to permit her to travel to Pennsylvania on October 4, 2020 and returning on October 5, 2020. Ms. Myers is mindful of COVID-19 and will adhere to all safety precautions. Government counsel and U.S. Pretrial Officer Lea Harmon were provided the particulars and address where Ms. Myers will stay during her trip and government counsel defers to the Pretrial Service officer, Ms. Harmon, who consents to this request.

      Thank you for your consideration to this request.

Respectfully,

/s/  N. Todd
Natali Todd, Esq.
Attorney for Angela Myers