LAW OFFICES OF
## NATALI J.H. TODD, P.C.

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel:  718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

January 13, 2021

**MEMO ENDORSED**

By ECF
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

*Re:*     *U.S. v. Angela Myers, 19 Cr. 789 (PGG)*

Dated:   January 20, 2021

Dear Judge Gardephe:

    I write with the consent of the government and U.S. Pretrial Officer Lea Harmon, to respectfully request a modification of the terms and conditions of Ms. Myers' bail to permit her to reside in Stroudsburg, PA, and Brooklyn, NY, thereby extending her permissible districts of travel to include Pennsylvania.  Ms. Myers has secured a residence in Stroudsburg, PA but will alternate between her Brooklyn home and the Pennsylvania home weekly because her children are enrolled in school in Brooklyn.  Additionally, the children's father resides in Brooklyn and it is necessary that they continue to have a relationship with him.

    The home address in Pennsylvania was provided to pretrial officer Lea Harmon.  Ms. Myers will continue to abide by all other bail conditions.  Thank you for your consideration to this request.

Respectfully,

/s/  *N. Todd*

Natali Todd, Esq.
Attorney for Angela Myers

cc: PTSO Lea Harmon (by email)
    AUSA Mathew Andrews (by email)
    AUSA Louis Pelligrino (by email)