UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> - v. - <br><br> ANGELA MYERS, <br> a/k/a "Angie," <br><br> Defendant. | **ORDER** <br><br> 19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Angela Myers' sentencing will take place on **November 12, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Myers are due by **October 21, 2021**. The Government's submission is due by **October 28, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Myers.

Dated: New York, New York
      July 13, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

1