# LAW OFFICES OF
# NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**  
**MEMBER: NY & MA BAR**

26 COURT STREET  
SUITE 413  
BROOKLYN, NY 11242-1134

Tel: 718-797-3055  
Fax: 718-504-3900  
E-mail: natali_todd@yahoo.com  
www.natalitoddlawyer.com

July 21, 2021

By ECF  
Hon. Paul G. Gardephe  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:   U.S. v. Angela Myers, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      With the consent of the government and Pretrial Services Officer Lea Harmon, I write to respectfully request a modification of the terms and conditions of Ms. Myers' bail to permit her to travel to Florida on August 7, 2021 and returning on August 13, 2021 to vacation with her children and as a graduation gift to her daughter who was accepted into college on a full academic scholarship. Government counsel and U.S. Pretrial Officer Lea Harmon were provided with the particulars and address where Ms. Myers will stay during her trip.

      The Court's attention and consideration to this request is appreciated.

Respectfully,

/s/ *N. Todd*  
Natali Todd, Esq.  
Attorney for Angela Myers

cc: Lea Harmon, PTSO (by email)

---

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: July 23, 2021