UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANGELA MYERS,
    a/k/a "Angie,"

        Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Angela Myers's sentencing, currently scheduled for December 16, 2021, will now take place on **December 15, 2021 at 11:00 a.m.** The hearing will be in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated:  New York, New York
         December 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge